IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RONDELL J. WOLFE AND ROY WOLFE, | § | |
| Plaintiffs | § | |
| | § | |
| V. | § | CIVIL NO. 2:12-cv-00814-JRG-RSP |
| | § | (JURY) |
| SUPERIOR WELL SERVICES, INC., | § | |
| Defendant | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE

On this day came on to be heard the Joint Motion to Dismiss without Prejudice of Plaintiffs Rondell J. Wolfe and Roy Wolfe and Defendant Superior Well Services, Inc., now known as Nabors Completion & Production Services Co., and the Court having considered the Motion is of the opinion that said motion should be GRANTED.

It is, therefore, ORDERED that all claims of Plaintiffs Rondell J. Wolfe and Roy Wolfe against Defendant Superior Well Services, Inc., now known as Nabors Completion & Production Services Co., be, and they are hereby, DISMISSED without prejudice as to their re-filing.

**SIGNED this 15th day of February, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE